**Dismissed; Opinion Filed August 19, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00465-CV

## IN THE INTEREST OF D.P.B. AND D.Z.B., MINOR CHILDREN

**On Appeal from the 303rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-05-12682**

# MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Myers

Before the Court is appellant's August 14, 2019 motion for voluntary dismissal in which

he states he no longer seeks to pursue this appeal. We grant the motion and dismiss this appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers/
LANA MYERS
JUSTICE

190465F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF D.P.B. AND
D.Z.B., MINOR CHILDREN

No. 05-19-00465-CV

On Appeal from the 303rd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DF-05-12682.
Opinion delivered by Justice Myers,
Justices Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Yanika Daniels recover her costs, if any, of this appeal from appellant Derrick Battie.

Judgment entered this 19th day of August, 2019.